IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO:  3:96cr74/RV
  3:03cv190/RV/MD

DARRELL GREEN
_____

### ORDER

The defendant has filed a Request for C.O.A. (doc. 557) in which he presumably wishes to appeal either the court's denial of his motion to reconsider movant's motion pursuant to Rule 60(b)1 (doc. 555) or its denial of his motion to amend (doc. 554).  In either event, defendant has not made a substantial showing of the denial of a constitutional right, and therefore, a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed.  The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal.  Accordingly, the $255.00 filing fee shall be paid within 30 days from the date of this order.

DONE AND ORDERED this 28th day of April, 2005.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**