**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                      **3:96cr74/RV**
                                                             **3:03cv190RV/MD**

**DARRELL GREEN**

---

## ORDER

The defendant has filed a petition for certificate of appealability (doc. 566) and a motion for extension of time to file motion for permission to appeal in forma pauperis. (Doc. 567). A certificate of appealability was previously denied because the defendant has not made a substantial showing of the denial of a constitutional right. (Doc. 560). His renewed request is denied. Likewise, the court previously determined that the defendant was not entitled to proceed *in forma pauperis* on appeal and he was directed to pay the $255.00 appellate filing fee, (doc. 570), so his motion for leave for extension of time to file motion for leave to so proceed on appeal is also denied.

DONE AND ORDERED this 26th day of May, 2005.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior U.S. District Judge**