# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                       CASE NO. 3:96cr74-01/RV

DARRELL GREEN

### REFERRAL AND ORDER

Referred to Judge Roger Vinson on  June 20, 2005

Motion/Pleadings: Motion pursuant to Rule 60(a) to amend clerical mistake in Judgment and Commitment Order

Filed by Defendant                           on 6/2/2005          Doc.#   576

RESPONSES:

Government                                  on 6/17/05           Doc.#   578

_____          on _____        Doc.# _____

    ____ Stipulated    ____ Joint Pldg.
    ____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                   s/Jerry Marbut

LC (1 OR 2)                  Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of August, 2005, that:*

*(a) The relief requested is DENIED.*

*(b) See the Government's Response (doc. 578).*

*(c) The $1,000.00 fine was to be paid through the Bureau of Prisons' Inmate Financial Responsibility Program "if employed while in prison and able to make such payments."*

                                                 /s/ *Roger Vinson*

                                                 **ROGER VINSON**
                                          **United States District Judge**