IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                 Case No: 3:96cr74/RV
                                                     3:06cv41/RV/MD

DARRELL GREEN
_____

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 1, 2006.  The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 593) is summarily DISMISSED as successive.

DONE AND ORDERED this 2nd day of March, 2006.

                                         /s/ *Roger Vinson*
                                         **ROGER VINSON**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**