IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                Case Nos.:    3:96cr74/RV
                                                                                     3:12cv271/RV/EMT

DARRELL GREEN
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 13, 2012 (doc. 693). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 690), is **SUMMARILY DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 3rd day of July, 2012.

                                                           /s/ *Roger Vinson*
                                                           **ROGER VINSON**
                                                           **SENIOR UNITED STATES DISTRICT JUDGE**