IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case Nos.:  3:96cr74/RV
                3:12cv395/RV/EMT

DARRELL GREEN
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 21, 2012 (doc. 714).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination with respect to matters identified in all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 715), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 713), is **SUMMARILY DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 14th day of September, 2012.

/s/ _Roger Vinson_
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**