IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                        Case No. 3:96cr74/RV

DARRELL GREEN

### GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION FOR EXONERATION OF PERSONAL SURETY BONDS AND FULL DISCHARGE OF ALL PERSONAL SECURITIES

COMES NOW the United States of America, and responds to the defendant's motion as follows:

1. The defendant continues to file frivolous pleadings based on clearly baseless factual contentions with the apparent intention of advancing an indisputably meritless legal theory that he should be released from imprisonment.

2. The defendant's instant motion falsely claims that a personal surety bond was issued following his arrest to secure bail set by this court.  (Doc. 722 at page 2).  The defendant was never granted any bail or any other condition of pre-trial release.  (Doc. 45)  Further, the defendant never secured any type of appeal bond following his conviction.

3. Defendant's instant motion and many filed over the past six months (See Docs. 642, 643, 646, 648, 707, and 722) claim an "agreement" with the government wherein he has somehow satisfied his obligations with respect to a surety bond issued to secure a bail that was never set by the court in his case.   The instant motion requests the court to order that his debt owed to the government as a result of his criminal conviction (one apparently based on an agreement that does not exist, regarding a bond that was never satisfied issued with respect to bail that was never

granted by the court) be deemed satisfied with the result that he be deemed to have satisfied the criminal judgment subjecting him to life imprisonment in his case.

4.      The instant motion cites Federal Rule of Criminal Procedure 46 as a basis for the relief requested.   However, the standards for release and bail, as well as for forfeiture of money/property posted for such, set forth in Federal Rule of Criminal Procedure 46, are irrelevant to the release of a federal prisoner who was never granted bail and whose conviction and sentence have been affirmed on direct appeal and collateral review.

5.      The instant motion is simply another attempt by the defendant to attack his criminal conviction and void his judgment and sentence.   It should be dismissed as frivolous and malicious.

Wherefore, the United States respectfully requests that the instant motion be denied .

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

*/s/ Edwin Knight*
EDWIN KNIGHT
Assistant U.S. Attorney
Florida Bar No. 0380156
21 East Garden Street, Suite 400
Pensacola, Florida    32502-5675
(850) 444-4000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion has been sent via U.S. Mail to Darrell Green, Pro Se, Prisoner No. 049957-004, U.S.P. Lee County, P.O. Box 305, Jonesville, Virginia 24263, on this   31st   day of October, 2012.

*/s/ Edwin Knight*
EDWIN KNIGHT