UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION


UNITED STATES OF AMERICA


V.                                     3:96cr74-RV-001


DARRELL GREEN


MOTION FOR CORRECTION OF JUDGMENT

PURSUANT TO RULE 60(b) FOR MISTAKE

AND ERROR BY THE COURT


COMES NOW, Defendant Green, pro se, and do respect-
fully motion this court to correct it's judgment, (doc.# 741),
due to mistake and error by this court, defendant further
state the following in support of this motion:


1. On 10/22/12, Defendant filed a "MOTION FOR EXONERATION OF
ALL PERSONAL SURETY BONDS PURSUANT TO RULE 46, (doc.#722).


2. On 10/31/12, this Court denied defendant's MOTION FOR
EXONERATION pursuant to Rule 46, (doc.#724).

3. On 11/13/12, Defendant filed a NOTICE OF APPEAL of this Court's denial, (doc. 727).

4. The Cerk of Court erroneously docketed the NOTICE as an appeal of "Order on Motion for Miscellaneous Relief" instead of "Order on Motion for Exoneration of all Personal Surety Bonds".

5. On 11/23/12, Defendant received notice from the Court of Appeals the assignment of appeal number #12-15910 for the appeal and instructing him to either pay the filing fee or file a motion to this court for leave to proceed in forma pauperis.(doc.#728)

6. On or about 11/25/12, defendant filed a motion for leave to proceed in forma pauperis on appeal in the above appeal (USCA case no.12-15910), (see US district court doc.#736, also see attachment "A").

7. On 12/6/12 this court erroneously construde defendants motion to proceed in forma pauperis on appeal in USCA NO. #12-15910 of the Oder on his MOTION FOR EXONERATION pursuant to Rule 46, as a motion to proceed in forma pauperis for Dist.Case no:3:12cv395/RV/EMT,and USCA NO. #12-15117-A. (see doc.#741).

8. On 11/01/12 the 11th Circuit Court of Appeals had dismissed appeal #12-15117-A for want of prosecution, (doc.#725).

(2.)

Therefore, defendant could not have possibly filed a motion to proceed in forma pauperis on appeal for an appeal that had been dismissed and docketed by this court over a month ago.

9. Defendant had clearly stated on the face of his motion "APPEAL NO:12-15910, RE: RULE 46 MOTION".


## CONCLUSIONS


Wherefore, this court's judgment is in error and must be corrected because it was not made upon the facts of Defendant's Motion nor the right appeal.


Respectfully Submitted,


/s/_____.

        DARRELL GREEN USM#49957-004


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY, that a true a correct copy of the foregoing Motion pursuant to Rule 60(b), was placed in the institutional legal mail depository with first class postage addressed to:

(3.)

EDWIN KNIGHT ESQ

UNITED STATE ATTORNEY'S OFFICE

21 E. GARDEN ST. SUITE 400

PENSACOLA FL. 32502


ON THIS 12TH DAY OF DECEMBER 2012


/S/_____.

    DARRELL GREEN USM#49957-004

    UNITED STATES PENITENTIARY

    PO BOX 305

    JONESVILLE, VA. 24263

(4)

ATTACHMENT



"A"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

UNITED STATES OF AMERICA

V.                                                  CASE NO.: 3:96cr74-001

DARRELL GREEN


MOTION FOR PERMISSION TO APPEAL
IN FORMA PAUPERIS


Comes now Defendant, pro se, And Do Respect-
fully Request Permission To Appeal in
Forma Pauperis. Defendant has attached
An Affidavit in support of this Motion and
Prays that request relief is granted.


Respectfully,

/s/

DARRELL GREEN
U.S.M #49957-004

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THAT THE FORGOING MOTION TO APPEAL IN FORMA PAUPERIS WAS PLACED IN THE INSTITUTIONAL LEGAL MAIL DEPOSITORY WITH FIRST CLASS POSTAGE ADDRESSED TO:

EDWIN KNIGHT ESQ
UNITED STATES ATTORNEY'S OFFICE
21 E. GARDEN ST. SUITE 400
PENSACOLA FL. 32502

ON THIS ___ DAY OF NOVEMBER 2012

/S/
DARRELL GREEN, USM#49757004
UNITED STATES PENITENTIARY
P.O. BOX 305
JONESVILLE, VA. 24263

Darrell Green
# 47957-004
United States Penitentiary
P.O. Box 305
Jonesville, Va. 24263



U.S. ............ LEE COUNTY

........263

(2/12)12

Th.......................
pr.......................mailing
neit.........................en
or problem.....................sin
may wish.......................you
or clarif.................)).......e
for forwarding to another addressee, please return the
enclosed to the above address.

3250285665

Clerk, U.S. District Court
Suite 226
1 North Palafox Street
Pensacola, Fl. 32502