IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.: 3:96cr74/RV

DARRELL GREEN
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 19, 2012 (doc. 750). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 752), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant is prohibited from filing any further initial pleadings, motions or appeals that challenge the validity of, or otherwise relate to, his conviction and sentence in Case No. 3:96cr74/RV, regardless of the label Defendant may attach to his filing.

3. The clerk is directed to refer to chambers as deficient any pro se pleading that violates or appears to violate the filing prohibition.

4. Defendant is expressly warned that submission of a prohibited or frivolous filing in the future will subject him to additional sanctions.

**DONE AND ORDERED** this 3rd day of January, 2013.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**